IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, ET AL., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:09CV1127 |
| B.O.C. HEATING & AIR CONDITIONING, | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 11, 2010. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that a default judgement be entered against Defendant B.O.C. Heating & Air Conditioning Co. in the amount of $18,109.97. It is

FURTHER ORDERED that (1) the Defendant is to file remittance reports, if not already filed, and make payments due for the period covering May 2009 through June 2009, and for all other periods for which it is obligated, until the expiration of the

current collective bargaining agreement and extensions thereto; (2) that Defendant is to permit Plaintiffs to conduct an audit of its wage, payroll and personnel records, for all periods for which Defendant is obligated to contribute to the Funds under the collective bargaining agreement; (3) that should such an audit reveal unreported hours and that additional contributions are due, Defendant shall pay all additional unpaid contributions, all interest, and liquidated damages on these unpaid contributions, and all costs of the audit; and (4) that the Defendant, its officers, agents, servants, employees, attorneys, and all persons acting on behalf or in conjunction with them be restrained and enjoined from refusing to file complete, proper, and timely remittance reports with accompanying contributions for all periods for which the Defendant is obligated to do so under its current and future collective bargaining agreements. It is

FURTHER ORDERED that if further action is required to enforce and collect this judgement, Plaintiffs may apply to this Court or to the court in which enforcement is sought for further reasonable attorney's fees and costs in addition to those set out in the judgment.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July 16, 2010

2